Cora A. Kamman, Respondent, v. John H. Kamman, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Cora A. Kamman, Respondent, v. John H. Kamman, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Louise Jackle, as Administratrix, etc., Appellant, v. Hubert F. Larkin and Others, Individually and as Copartners, etc., and Others, Respondents.— Motion granted and appeals dismissed, with costs.

Ernest L. Beebe, an Infant, by Lillian Hamilton, His Guardian ad Litem, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Motion granted and appeal dismissed, with costs.

The People of the State of New York, Respondent, v. State Bank of Forestville, Defendant. In the Matter of the Final Accounting of Frank L. Smith, as Receiver of State Bank of Forestville.— Motion granted and appeal dismissed, unless appellants file and serve the printed papers on appeal by May fourteenth and be ready for argument on May nineteenth.

Annabelle Gumbiner, Respondent, v. Pennsylvania Railroad Company, Appellant.— Argument set down for May nineteenth; appellant's briefs to be filed and served by May fourteenth.

Della Marquart, Appellant, v. Elmira, Corning and Waverly Railway, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

James E. Plant, Respondent, v. Charles M. L. Ashby, Appellant.— Appeal dismissed, with fifteen dollars costs to plaintiff, upon stipulation filed.

Village of Fredonia, Appellant, v. Fredonia Natural Gas Light Company and Others, Respondents.— This appeal having been transferred to the Appellate Division, Third Department, because of the equal division of the justices of this court qualified to sit in the appeal, and the Third Department having remitted the appeal to this court for further action because of the disqualification of one of the justices of that department,